## SPENCER v. STATE.

(Court of Criminal Appeals of Texas. May 21, 1913.)

CRIMINAL LAW (§ 1097*)—APPEAL—RECORD—STATEMENT OF FACTS—NECESSITY.

The denial of a motion for a new trial on the ground that the verdict is contrary to the law and the evidence cannot be reviewed on appeal, in the absence of a statement of facts.

[Ed. Note.—For other cases, see Criminal Law, Cent. Dig. §§ 2862, 2864, 2926, 2934, 2938, 2939, 2941, 2942, 2947; Dec. Dig. § 1097.*]

Appeal from Criminal District Court, Dallas County; Robt. B. Seay, Judge.

Ed. Spencer was convicted of burglary, and he appeals. Affirmed.

C. E. Lane, Asst. Atty. Gen., for the State.

HARPER, J. Appellant was convicted of burglary, and his punishment assessed at four years' confinement in the penitentiary.

The only ground in the motion for a new trial assigns that the verdict is contrary to the law and the evidence. No statement of facts accompanies the record; consequently we cannot review this ground.

The judgment is affirmed.